1  Lawrence J. Gornick (SBN 136290)
2  Emily Charley (SBN 238542)
   **LEVIN SIMES KAISER & GORNICK LLP**
3  One Bush Street, 14th Floor
   San Francisco, California 94104
4  Tel: (415) 646-7160
5  Fax: (415) 981-1270

6  UNITED STATES DISTRICT COURT

7  NORTHERN DISTRICT OF CALIFORNIA

8
9  FRANK GIACOMAZZO,                    )   No. C 06 1204 MJJ
                                        )
10                Plaintiff,            )   Before the Honorable MARTIN J. JENKINS
                                        )
11 vs.                                  )   [PROPOSED] ORDER VACATING
                                        )   AND/OR CONTINUING CASE
12 ELI LILLY AND COMPANY;               )   MANAGEMENT CONFERENCE
                                        )
13                                      )   Conference Date:  JUNE 13, 2006
                                        )   Conference Time:  2:00 p.m.
14                Defendant.            )   Location:         Courtroom 11, 19TH Fl.
                                        )

15
16  For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court
    hereby ~~continues~~ vacates the JUNE 13, 2006 Case Management Conference ("CMC") ~~to~~
17  _____, at _____. In the event the case is not transferred to the Honorable
18  Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa*
19  *Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC
20  Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.
21
22
23  **IT IS SO ORDERED**
24
    DATED:  5/25/2006
25
                                                   _____
26                                                 HONORABLE MARTIN J. JENKINS
27                                                 United States District Court Judge
28

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1